### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSE RAMON MARTINEZ,** ) | |
| ) | |
|     **Petitioner/Defendant,** ) | **CIVIL NO.  04-4159** |
| ) | |
| vs. ) | **CR. NO.  00-40093** |
| ) | |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
|     **Respondent/Plaintiff.** ) | |

### ORDER

**FOREMAN, District Judge:**

Before the Court is petitioner's notice of appeal (Doc. 25) from the Judgment of the Court denying petitioner's motion under 28 U.S.C. § 2255 (Docs. 23,24).

Petitioner may not proceed on appeal without a certificate of appealability, *see 28 U.S.C. § 2253(c)(1)(B)*, which may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." *28 U.S.C. § 2253(c)(2)*.  Further, "[t]he certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2)." *28 U.S.C. § 2253(c)(3)*.

Petitioner has not specified any grounds for this Court to issue a certificate of appealability, nor has he sought the issuance of the certificate.  Accordingly, the Court **GRANTS** petitioner leave to file an appropriately specific and supported motion for issuance of a certificate of appealability within fourteen (14) days of the date of this Order.  Failure to do so will result in an Order of this Court summarily declining to issue a certificate of appealability.

    **IT IS SO ORDERED.**
    **DATED:  January 27, 2006.**



    *s/ James L. Foreman*
    **DISTRICT JUDGE**